**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LUIS TORRES<br>317 W. 99th Street, Apt. 1A<br>New York, NY 10025<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN VARGAS<br>18 Sheffield Street<br>Jersey City, NJ 07305<br><br>Defendant. | CIVIL ACTION<br><br>No. 26-10442 |

**STIPULATION OF DISMISSAL**

WHEREAS, the issues between the parties in this action have been settled. Pursuant to F.R.C.P. 41(a)(1)(A)(i), with the Defendant not having filed an Answer, Plaintiff, respectfully submits this Stipulation to Dismiss this action with prejudice. It is requested that Clerk of Court now close this case.

**THE BARRIST FIRM, LLC**

Adam S. Barrist, Esq.
THE BARRIST FIRM, LLC
P.O. Box 1820
Media, PA 19063

Attorney for Plaintiff

Date: August 27, 2026

IT IS SO ORDERED:

*/s/ Jamel K. Semper*

**Jamel K. Semper, U.S.D.J.**